UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TANISHA SWINSON O/B/O, )<br>R.A.M., A MINOR, )<br>                   )<br>      Plaintiff, )<br>                   )<br>  v. )<br>                   )<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-184-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on April 26, 2022, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |
| David M. Mansfield | (via CM/ECF electronic notification) |

DATE:
April 26, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
     Deputy Clerk